UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| EXTENDED STAY AMERICA, INC. and ESA MANAGEMENT LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case. No. 2:16-CV-02744-CM |
| WOODSPRING HOTELS LLC, BERNADETTE RUBY, and MICHAEL DOCTEROFF, | ) ) ) ) |
| Defendants. | ) ) |

ORDER APPOINTING PRIVATE PROCESS SERVERS

Before the Court is Plaintiffs, Extended Stay America, Inc. and ESA Management LLC's request to appoint private process servers (ECF doc. 6). The following private process servers are appointed for the above-styled cause for service of the summons, complaint and other pleadings on Defendant Michael Docteroff:

> Jon Gallant and/or Earl Anderson
> Investigative Solutions LLC
> 685 Bloomfield Avenue, Suite 204
> Verona, NJ 07044.

The court also designates the following private servers for the above-styled cause for service of the summons, complaint and other pleadings on Defendants WoodSpring Hotels LLC and Bernadette Ruby:

> Michael Conklin and/or Jeffrey Henderson
> Attorneys Process Service of Kansas
> P.O Box 781333
> Wichita, Kansas 67278.

IT IS SO ORDERED.

2

Dated this 31st day of October, 2016.

 s/ James P. O'Hara
James P. O'Hara
United States Magistrate Judge

2